**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**                                                                                     Case No. _____

**VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS**     Chapter **13**
                                                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____       ☐ AMENDED PLAN DATED: _____
    ☐ PRE ☐ POST-CONFIRMATION                 Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| | **450.00** | | **27** | | **12,150.00** |
| | **550.00** | | **33** | | **18,150.00** |
| | | | | | |
| | | | | | |
| | | | | | |

                        TOTAL: $ **30,300.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

          PROPOSED BASE: $ **30,300.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ JESUS FRANCISCO VAZQUEZ ZAYAS**
           Debtor

          **/s/ KARELIS MARQUEZ PEREIRA**
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO SANTANDER**    Cr. **ADM. THOMAS VILL**    Cr. _____
# **7468**                          # _____                  # _____
$        **6,332.32**      $       **465.00**      $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA**    Cr. _____    Cr. _____
# **5326**                          # _____                  # _____
$       **15,200.00**      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____                 # _____               # _____
$ _____      $ _____      $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
    **ASOCIACION DE EM**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **BANCO SANTANDER**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                        ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____                 # _____               # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**1- ADEQUATE PROTECTION PAYMENT TO RELIABLE IN THE AMOUNT OF $ 150.00 UNTIL CONFIRMATION OF THE PLAN.**

**2- ADEQUATE PROTECTION PAYMENT TO RELIABLE IN THE ESTIMATED TOTAL AMOUNT OF $1,500.00 AFTER MATURITY DATE OF AUTO LOAN. THROUGH EASTER AMERICA INSURANCE COMPANY**

**3- ANY POST PETITION INCOME TAX REFUNDS THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASED, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUNDS.**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES** _____ Phone: **(787) 282-9009** _____

**CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only