# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JESUS VAZQUEZ ZAYAS <br> KARELIS MARQUEZ PEREIRA <br><br> DEBTOR(S) | CASE NO. 10-03850 <br><br> CHAPTER 13 |

## INFORMATIVE MOTION
## (AMENDED CHAPTER 13 PLAN)

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the filing of an Amended Chapter 13 Plan pursuant to Rule 1009:

   a. Amended Chapter 13 Plan: **to readjust payment schedules and to reorganize secured creditor as unsecured.**

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice and allow filing of the amended plan.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 13 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this

document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, August 17, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. **10-03850-13**

**VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS**
Debtor(s)

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **8/12/2010**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 450.00 | x | 1 | = $ | 450.00 |
| $ | 550.00 | x | 23 | = $ | 12,650.00 |
| $ | 650.00 | x | 12 | = $ | 7,800.00 |
| $ | 750.00 | x | 12 | = $ | 9,000.00 |
| $ | 860.00 | x | 12 | = $ | 10,320.00 |

TOTAL: $ **40,220.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **40,220.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: /s/ JESUS FRANCISCO VAZQUEZ ZAYAS
Debtor

/s/ KARELIS MARQUEZ PEREIRA
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ **225.00**
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO SANTANDER** Cr. _____ Cr. _____
# **7468** # _____ # _____
$ **6,332.32** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM** Cr. **RELIABLE FINANCIAL** Cr. _____
# _____ # **5326** # _____
$ **1,721.83** $ **22,505.10** $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA    COOPACA**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**PENTAGON FEDERAL    BANCO SANTANDER**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____
Cr. **ASOC. THOMASVILLE** Cr. _____ Cr. _____
# **EXEC. CONT. ARRE.** # _____ # _____
$ **465.00** $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**   Phone: **(787) 282-9009**

IN RE <u>VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS</u>   Case No. <u>10-03850-13</u>
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

1- ADEQUATE PROTECTION PAYMENT TO RELIABLE IN THE MONTHLY AMOUNT OF $225.00 UNTIL CONFIRMATION OF THE PLAN.

2- ADEQUATE PROTECTION PAYMENT TO RELIABLE IN THE ESTIMATED TOTAL AMOUNT OF $1,500.00 AFTER MATURITY DATE OF AUTO LOAN. THROUGH EASTER AMERICA INSURANCE COMPANY

3- ANY POST PETITION INCOME TAX REFUNDS THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.

4- PENTAGON FEDERAL CREDIT UNION WILL BE PAID DIRECTLY AND KEPT CURRENT BY DEBTORS.

5- UNEXPIRED EXECUTORY AGREEMENT WITH "ASOCIACION THOMASVILLE PARK", CALLE NEPOMUSEMO, CARR. 860, CAROLINA PR 00987, IS HEREY ASSUMED. ARREARS OF $465 SHALL BE PROMPTLY PAID BY THE TRUSTEE THROUGH THE PLAN.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VAZQUEZ ZAYAS JESUS FRANCISCO
THOMAS VILLE PARK APTO 3113
CAROLINA PR 00987

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 70100
SAN JUAN PR 00936-8100

COOP DE ARECIBO
PO BOX 1056
ARECIBO PR 00613-1056

MARQUEZ PEREIRA KARELIS
THOMAS VILLE PARK APTO 3113
CAROLINA PR 00987

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN PR 00936-2589

COOPACA
COOPERATIVA DE AHORRO Y CREDITO
ARECIBO
PO BOX 1056
ARECIBO PR 00613-1056

JIMENEZ - QUINONES LAW OFFICES
268 PONCE DE LEON STE 1118
SAN JUAN PR 00918-2007

BEST BUY
PO BOX 9312
MINNEAPOLIS MN 55440

CRIM
PROPIEDAD INMUEBLE
MUNICIPIO DE SAN JUAN
SAN JUAN PR 00927-6206

AEELA
ASOCIACION DE EMPLEADOS DEL ELA
PO BOX 364508
SAN JUAN PR 00936-4508

CINGULAR WIRELESS
PO BOX 192830
SAN JUAN PR 00918-2830

CRIM
PO BOX 195387
SAN JUAN PR 00918-5387

AMERICAN EDUCATION SERVICES
1200 N 7TH ST
HARRISBURG PA 17102

CITIBANK SD / SEARS
8725 W SAHARA AVE MC02-02-03
THE LAKES NV 89163-7802

DEL VALLE RODRIGUEZ LAW OFFICES
JOSE RAFAEL DEL VALLE
RODRIGUEZESQ
PO BOX 10590
SAN JUAN PR 00922-0590

AMERICAN EDUCATION SERVICES
PO BOX 2461
HARRISBURG PA 17130-0001

CITIFINANCIAL
PO BOX 70919
CHARLOTTE NC 28272-0919

GE MONEY BANK
PO BOX 981127
EL PASO TX 79998-1127

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 01101-1270

CITIFINANCIAL
PO BOX 6276
SIOUX FALLS SD 57117

GE MONEY BANK
PO BOX 960061
ORLANDO FL 32896-0061

ASOC THOMASVILLE PARK
CALLE NEPOMUSEMO CARR 860
CAROLINA PR 00987

CITIFINANCIAL
PO BOX 499
HANOVER MD 21076

JC PENNEY
PO BOX 960090
ORLANDO FL 32896-0090

AT&T MOBILITY
PO BOX 5818
DENVER CO 80217

CITIFINANCIAL
PO BOX 70919
CHARLOTTE NC 28272-0919

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

AT&T MOBILITY
PO BOX 15067
SAN JUAN PR 00902-8567

CLARO
PO BOX 70366
SAN JUAN PR 00936-8366

MARIBEL RUBIO BELLO ESQ
PO BOX 140373
ARECIBO PR 00614

| | |
|---|---|
| PENTAGON FEDERAL CREDIT UNION<br>1001 N FAIRFAX ST<br>ALEXANDRIA VA 22314-1503 | US DPT OF EDUCATION<br>BANKRUPTCY DIV<br>PO BOX 4399<br>UTICA NY 13504-4399 |
| RADIO SHACK CORPORATION<br>PO BOX 689183<br>DES MOINES IA 50368 | US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 |
| RELIABLE FINANCIAL CORP<br>PO BOX 21382<br>SAN JUAN PR 00928-1382 | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 4169<br>GREENVILLE TX 75403-4169 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN PR 00928 | VELMA E DIAZ CARRASQUILLO ESQ<br>PO BOX 361508<br>SANN JUAN PR 00936-1508 |
| RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO PR 00970-2510 | WACHOVIA<br>PO BOX 7057<br>UTICA NY 13504-7057 |
| SEARS<br>CARD SERVICE CENTER<br>PO BOX 6286<br>SIOUX FALLS SD 57117-6286 | |
| SISTEMA UNIV ANA G MENDEZ<br>PO BOX 21345<br>SAN JUAN PR 00925-1345 | |
| SISTEMA UNIV ANA G MENDEZ<br>PO BOX 2010<br>CAROLINA PR 00984-2010 | |
| TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | |
| US DEPARTMENT OF EDUCATION<br>C/O COLLECTO INC<br>700 LONGWATER DRIVE 2ND FLOOR<br>NORWELL MA 02061 | |