## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| IN RE: | JESUS FRANCISCO VAZQUEZ ZAYAS | Bkrtcy. No. 10-03850-SEK |
| --- | --- | --- |
| | KARELIS MARQUEZ PEREIRA | Chapter 13 |

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
| --- | --- | --- |
| Petition Filing Date: May 07, 2010 | Meeting Date: Aug 16, 2010 | DC Track No. 22 |
| Days from petition date: 101 | Meeting Time: 2:00 PM | |
| 910 Days before Petition: 11/9/2007 | ☐ Chapter 13 Plan Date: May 07, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $30,300.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Jul 22, 2010 | Time: 8:30 PM |
| Payment(s) ☑ Received or ☐ Evidence shown at meeting: | Ck/MO No.    Date    Amount | Total Paid In: $1,000.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present: ☑ None.
- ☑ Debtor Present   ☑ ID & Soc. OK   ☐ Debtor Absent
- ☑ Joint Debtor Present   ☑ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney:    ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record: **JOSE L JIMENEZ QUINONES***
Total Agreed: $3,000.00    Paid Pre-Petition: $500.00    Outstanding: $2,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.   Liquidation Value: $6,756.00
- Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: No Pool
- The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☑ INSUFFICIENTLY FUNDED ☐ To pay §507 ☑ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Amended Plan dated 8-12-2010 will be filed. April paystubs for Mrs Marquez will be submitted. Statement for the month of April, reconciling gross income receipt, will also be submitted. Insurance premium for Reliable is pending. Tax returns will be provided.

/s/ José R. Carrión    [signature]    Page 1 of ___    Date: Aug 16, 2010
Trustee    Presiding Officer

**ADDITIONAL OBJECTIONS / COMMENTS:**

Up. Value will be adjusted with proper exemptions and surrender of savings and dividends

Trustee / Presiding Officer   Page 2 of 2   Date: August 16, 2010