## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 10-03850 |
| JESUS FRANCISCO VAZQUEZ ZAYAS<br>KARELIS MARQUEZ PEREIRA | CHAPTER 13 |
| (DEBTOR) | |

### INFORMATIVE MOTION
### (AMENDED SCHEDULES C, I & J)

**TO THE HONORABLE COURT:**

Comes now Debtor, represented by the undersigned attorney, and represents as follows:

1.    Debtor informs of the separate filing of Amended Schedules C, I and J pursuant to Rule 1009:

    a.    Amended Schedule C:

        i.    *to adjust amount of exemption claimed over real property,*

        ii.    *to claim exemption over ELA retirement benefits, and*

        iii.    *to claim exemption over Debtor's motor vehicle.*

    b.    Amended Schedule I:  *to reflect changes on husband's employment and income, occurred post-petition.*

    c.    Amended Schedule J: *to reflect the necessary adjustment in expenses upon husband's re-employment, particularly in connection with the use of his vehicle for working purposes and daughter's beginning schooling expenses at Academia Santa Gema, a private school.*

Case No. 10-03850
Page 2

   **WHEREFORE,** Debtor prays from this Honorable Court to take notice and allow filing

of the amended schedules.

   **RESPECTFULLY SUBMITTED.**

   **NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

   **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: U.S. Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

   **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, September 14, 2010.

<div align="right">

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416
jimenezlawfirm@gmail.com

</div>

B6C (Official Form 6C) (04/10)

IN RE VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS          Case No. 10-03850-13
<center>Debtor(s)</center>                                                    <div align="right">(If known)</div>

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| PRINCIPAL PROPERTY LOCATED IN THOMAS VILLE PARK #3113, CAROLINA FINANCING WITH BANCO SANTANDER CONSISTING OF 1,123.72 SQ. 3 BEDROOMS AND 2 BATHROOMS | 11 USC § 522(d)(1) | 29,307.45 | 150,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| BANK ACCOUNTS AT BANCO POPULAR DE PUERO RICO (7535). ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(5) | 543.00 | 543.00 |
| BANK ACCOUNTS AT BANCO POPULAR DE PUERTO RICO (1590). ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(5) | 70.35 | 70.35 |
| FURNITURE AND APPLIANCES AT CURRENT SALE PRICE IN LIQUIDATION SCENARIO. ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(3) | 5,000.00 | 5,000.00 |
| CLOTHING. ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| JEWELRY. ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| RETIREMENT FROM ELA. RETIREMENT BENEFITS NOT PROPERTY OF THE ESTATE. INCLUDED FOR DISCLOSURE PURPOSES. ESTIMATED BALANCE NOT VERIFIED. | 11 USC § 522(d)(12) | 5,272.16 | 5,272.16 |
| STATE TAX REFUND | 11 USC § 522(d)(5) | 919.00 | 919.00 |
| 2006 HYUNDAI SANTA FE FINANCING WITH PENTAGON. ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(2) | 3,067.00 | 11,500.00 |

<div style="writing-mode: vertical">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6I (Official Form 6I) (12/07)

IN RE VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS          Case No. 10-03850-13
                          Debtor(s)                                                    (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**4** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **SALESMAN** | **TEACHER** |
| Name of Employer | **TRAFON GROUP** | **DEPTO DE EDUCACION** |
| How long employed | **3 months** | **3 years** |
| Address of Employer | **GARDEN HILLS PLAZA PMB 342, 1353 CARR 19**<br>**GUAYNABO, PR  00966-2700** | **P.O. BOX 190759**<br>**SAN JUAN, PR  00919-0759** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 1,733.33 | $ 2,015.00 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 1,733.33 | $ 2,015.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 206.75 | $ 111.64 |
| b. Insurance | $ | $ 246.00 |
| c. Union dues | $ | $ |
| d. Other (specify)  **See Schedule Attached** | $ | $ 229.02 |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 206.75 | $ 586.66 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,526.58 | $ 1,428.34 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>(Specify) **CHRISTMAS BONUS** | $ | $ 83.33 |
| **CAR ALLOWANCE** | $ 400.00 | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 400.00 | $ 83.33 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 1,926.58 | $ 1,511.67 |

| **16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 3,438.25 |
|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS _____   Case No. 10-03850-13
Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: |  | 159.76 |
| **Retirement Plan** |  | 16.00 |
| **Union** |  | 53.26 |
| **AEELA Savings** |  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS          Case No. 10-03850-13
<div align="center">Debtor(s)</div>                                                     (If known)

<h2 align="center">AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</h2>

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 754.00 |
|    a. Are real estate taxes included? Yes ✓ No ___ | |
|    b. Is property insurance included? Yes ✓ No ___ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 118.00 |
|    b. Water and sewer | $ 31.05 |
|    c. Telephone | $ |
|    d. Other  **CELLULAR** | $ 50.00 |
|           **CABLE TV** | $ 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ 103.89 |
| 4. Food | $ 415.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 25.00 |
| 8. Transportation (not including car payments) | $ 125.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ 23.33 |
|    e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **CAR LICENSE PRORRATED (2)** | $ 32.98 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 325.00 |
|    b. Other **CAR MAINTENANCE** | $ 50.00 |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **See Schedule Attached** | $ 685.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $ 2,888.25

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 3,438.25 |
|    b. Average monthly expenses from Line 18 above | $ 2,888.25 |
|    c. Monthly net income (a. minus b.) | $ 550.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS    Case No. 10-03850-13
<center>Debtor(s)</center>

<center>

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1
</center>

| Other Expenses (DEBTOR) | |
| --- | --- |
| BREAKFAST | 50.00 |
| LUNCHES | 100.00 |
| PERSONAL CARE & GROOMING | 40.00 |
| WORK MOTOR VEHICLE EXPENSES | 255.00 |
| SCHOOL EXPENSES AT SANTA GEMA | 240.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE VAZQUEZ ZAYAS, JESUS FRANCISCO & MARQUEZ PEREIRA, KARELIS     Case No. __10-03850-13__
                                       Debtor(s)                                         (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**5** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 14, 2010**      Signature: **/s/ JESUS FRANCISCO VAZQUEZ ZAYAS**
                                         **JESUS FRANCISCO VAZQUEZ ZAYAS**            Debtor

Date: **September 14, 2010**      Signature: **/s/ KARELIS MARQUEZ PEREIRA**
                                         **KARELIS MARQUEZ PEREIRA**          (Joint Debtor, if any)

                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____             _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____

_____             _____
Signature of Bankruptcy Petition Preparer                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                          _____
                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VAZQUEZ ZAYAS JESUS FRANCISCO
THOMAS VILLE PARK APTO 3113
CAROLINA PR  00987

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 70100
SAN JUAN PR  00936-8100

COOP DE ARECIBO
PO BOX 1056
ARECIBO PR  00613-1056


MARQUEZ PEREIRA KARELIS
THOMAS VILLE PARK APTO 3113
CAROLINA PR  00987

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN PR  00936-2589

CRIM
PO BOX 195387
SAN JUAN PR  00918-5387


JIMENEZ - QUINONES LAW OFFICES
268 PONCE DE LEON STE 1118
SAN JUAN PR  00918-2007

BEST BUY
PO BOX 9312
MINNEAPOLIS MN  55440

DEL VALLE RODRIGUEZ LAW OFFICES
JOSE RAFAEL DEL VALLE
RODRIGUEZESQ
PO BOX 10590
SAN JUAN PR  00922-0590


ADM THOMAS VILLE PARK
THOMAS VILLE PARK APTO 3113
CAROLINA PR  00987

CINGULAR WIRELESS
PO BOX 192830
SAN JUAN PR  00918-2830

GE MONEY BANK
PO BOX 981127
EL PASO TX  79998-1127


AMERICAN EDUCATION SERVICES
1200 N 7TH ST
HARRISBURG PA  17102

CITIBANK SD / SEARS
8725 W SAHARA AVE MC02-02-03
THE LAKES NV  89163-7802

GE MONEY BANK
PO BOX 960061
ORLANDO FL  32896-0061


AMERICAN EDUCATION SERVICES
PO BOX 2461
HARRISBURG PA  17130-0001

CITIFINANCIAL
PO BOX 70919
CHARLOTTE NC  28272-0919

JC PENNEY
PO BOX 960090
ORLANDO FL  32896-0090


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ  01101-1270

CITIFINANCIAL
PO BOX 6276
SIOUX FALLS SD  57117

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC  29603-0587


ASOCIACION DE EMPLEADOS DEL ELA
PO BOX 364508
SAN JUAN PR  00936-4508

CITIFINANCIAL
PO BOX 499
HANOVER MD  21076

MARIBEL RUBIO BELLO ESQ
PO BOX 140373
ARECIBO PR  00614


AT&T MOBILITY
PO BOX 5818
DENVER CO  80217

CITIFINANCIAL
PO BOX 70919
CHARLOTTE NC  28272-0919

PENTAGON FEDERAL CREDIT UNION
1001 N FAIRFAX ST
ALEXANDRIA VA  22314-1503


AT&T MOBILITY
PO BOX 15067
SAN JUAN PR  00902-8567

CLARO
PO BOX 70366
SAN JUAN PR  00936-8366

RADIO SHACK CORPORATION
PO BOX 689183
DES MOINES IA  50368

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN PR  00928

VELMA E DIAZ CARRASQUILLO  ESQ
PO BOX 361508
SANN JUAN PR  00936-1508

RG PREMIER BANK
PO BOX 2510
GUAYNABO PR  00970-2510

WACHOVIA
PO BOX 7057
UTICA NY  13504-7057

SEARS
CARD SERVICE CENTER
PO BOX 6286
SIOUX FALLS SD  57117-6286

SISTEMA UNIV ANA G MENDEZ
PO BOX 21345
SAN JUAN PR  00925-1345

SISTEMA UNIV ANA G MENDEZ
PO BOX 2010
CAROLINA PR  00984-2010

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR  00902-4140

US DEPARTMENT OF EDUCATION
C/O COLLECTO INC
700 LONGWATER DRIVE 2ND FLOOR
NORWELL MA  02061

US DPT OF EDUCATION
BANKRUPTCY DIV
PO BOX 4399
UTICA NY  13504-4399

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX  75403-5609

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 4169
GREENVILLE TX  75403-4169