IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>Jesus F. Vazquez Zayas<br>Karelis Marquez Pereira<br>    Debtor | CASE NO. 10-03850 SEK<br><br>CHAPTER 13 |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES** now creditor, BANCO SANTANDER PR. represented by the undersigned counsel and respectfully Alleges, States and Prays:

1. The appearing creditor wishes to be notified of all pertinent documents and notices in the instant proceeding through the undersigned counsel at the address of record: **JOSE BAGUE RAMOS, PO BOX 624, TOA ALTA PR 00954**.

    **WHEREFORE,** it is respectfully requested of this Honorable Court that an Order be entered including creditor herein in the Master Address List, so as to permit future notices be addressed to JOSE BAGUE RAMOS, through the undersigned counsel at the address of record.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Attorney for Debtor: Jose L. Jimenez, Chapter 13 Trustee JOSE RAMON CARRION MORALES Esq., US Trustee Monsita Lecároz Arribas, Esq. and to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED:**

In Toa Alta Puerto Rico this 14 day of October 2010.

                                                             /s/JOSE BAGUE RAMOS
                                                              PO BOX 624
                                                              TOA ALTA PR 00954
                                                              USDC 225014
                                                              Email:jbaguelaw@gmail.com